FILED

10/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0378



# IN THE SUPREME COURT OF THE STATE OF MONTANA
# THE OFFICE OF THE CLERK OF SUPREME COURT
# HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0378

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                                          **GRANT OF EXTENSION**

RALPH DEAVILA,

     Defendant and Appellant.

Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until November 20, 2023, to prepare, file, and serve the Appellee's brief.

DATED this October 11, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:     Chad M. Wright, Scott D. Twito, Laura Marie Reed, Roy Lindsay Brown, Jr